UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. SONICO,<br><br>           Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, et al.,<br><br>           Defendants. | Case No.: 19cv1842-BAS-LL<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 10]** |

On October 22, 2019, the Parties filed a "Joint Motion to Continue Early Neutral Evaluation Conference." ECF No. 10. The Parties request an extension of the Early Neutral Evaluation ("ENE") currently set for October 31, 2019 to December 2, 2019. Id. at 2. In support, the Parties assert that the "contours of the case are not sufficiently defined" as Defendant has contended: (1) Plaintiff's claims are subject to an arbitration agreement; and (2) there are potentially earlier-filed related cases to the instant one. Id. at 3. The Parties state that they are continuing to meet and confer on these issues and "they require more time to discuss Defendant's arbitration contentions in preparation for meaningful participation in an ENE conference." Id.

Local Rule 16.1(c) requires that an ENE take place within forty-five (45) days of the filing of the first answer. Conferences held beyond forty-five days of the filing of an answer

are contrary to the Civil Local Rules and requests to continue ENEs are rarely granted. Here, the Court does not find that the Parties' representations sufficient good cause to continue the ENE. The Court is confident the Parties are capable of proceeding forward with their meet and confer efforts while simultaneously meeting the deadlines in this case and having a meaningful settlement discussion at the ENE.

**IT IS SO ORDERED.**

Dated: October 23, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge