# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. SONICO,<br><br>                 Plaintiff,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, LLC, *et al.*,<br><br>                 Defendants. | Case No. 19-cv-1842-BAS-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 40)** |

Before this Court is the parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1). (ECF No. 40.) A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated otherwise. (ECF No. 40 at 1.)

Having considered the parties' request, the Court **GRANTS** the Joint Motion. (*Id.*) Thus, the Court **DISMISSES WITH PREJUDICE** the instant action. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: November 20, 2024**

Hon. Cynthia Bashant
United States District Judge